UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:18-00144 |
| v. | ) | |
| | ) | JUDGE HOLMES |
| MARK BRYANT | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Unseal Indictment. The Motion is granted and the Indictment is ordered unsealed.

Dated: June 26, 2018

BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE