# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Mark Bryant<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:18-cr-00144-1  Judge Crenshaw |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark Bryant,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:242 Use of excessive force under color of law (1-2)
18:1519 Making false statements to a Federal Investigator (3-4)

Date: 06/25/2018

*Issuing officer's signature*

City and state:  Nashville, Tennessee

Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/25/18, and the person was arrested on *(date)* 6/26/18
at *(city and state)* Nashville, TN.

Date: 6/26/18

*Arresting officer's signature*

Joy Wright, Special Agent
*Printed name and title*