# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cr-00144 |
| ) | CHIEF JUDGE CRENSHAW |
| MARK BRYANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is set for jury trial on **September 4, 2018,** at 9:00 a.m. in Courtroom A-859, United States Courthouse, 801 Broadway, Nashville, Tennessee. A pretrial conference in this case is set for **August 27, 2018,** at 11:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference.

Any plea agreement shall be consummated by **August 21, 2018**, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on **August 27, 2018,** at 11:00 a.m. A status conference is scheduled for **August 10, 2018,** at 10:00 a.m.

In advance of any plea hearing, the parties shall file the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable and the plea petition by noon on **August 23, 2018.**

If the case is to be tried, the parties shall file the following by the close of business on **August 20, 2018.**

   1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions.

4. Motions in limine.

5. Witness List

6. Exhibit List

7. Expert Reports

Responses to motions in limine shall be filed by 4:00 p.m. on **August 23, 2018.** Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to chambers at melissa_seay@tnmd.uscourts.gov.

Any motion to continue the trial shall be filed no later than noon on **August 20, 2018,**, and any opposition shall be filed by **August 23, 2018**. All motions to continue shall be accompanied by the preferred executed waiver of Speedy Trial Act at http://www.tnmd.uscourts.gov/judges/judge_crenshaw.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court.

Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

The Defendant shall attend all Court proceedings in this case. If the Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant at all Court proceedings. Counsel for the Defendant shall make sure that street clothes are available timely for the Defendant at trial.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE