UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-144 |
| | ) | Chief Judge Crenshaw |
| MARK BRYANT | ) | |

## UNITED STATES' EXHIBIT LIST

The United States, by and through United States Attorney Donald Q. Cochran and the undersigned Assistant United States Attorney, hereby submits its list of potential exhibits for the trial scheduled to begin on Tuesday, February 5, 2019 at 9:00 a.m. The United States may use the exhibits listed below at trial. The listed numbers correspond to the Exhibit numbers. The United States reserves the right to rely on or use any additional, unlisted exhibit that may become relevant (either as an exhibit or for another purpose such as impeachment or for the refreshment of a witness's recollection) to rebut testimony that the Defendant may present.

1. CCSO Use of Force Policy
2. Taser training slides
3. Taser training legal materials
4. Josh Marriott Taser training certificate
5. Mark Bryant Taser training certificate
6. Jail surveillance video from Nov. 5, 2016, 6:55 p.m. incident
7. Jail surveillance video from Nov. 5, 2016, 8:00 p.m. incident
8. Pictures from Nov. 5, 2016, 8:00 p.m. jail surveillance video
9. Taser video from Nov. 5, 2016, 8:00 p.m. incident

1

10. Combined surveillance and Taser video from Nov. 5, 2016, 8:00 p.m. incident

11. Jail surveillance video from Nov. 5, 2016, 10:20 p.m. incident

12. Pictures from jail surveillance video, Nov. 5, 2016, 10:20 p.m. incident

13. Taser video from Nov. 5, 2015, 10:20 p.m. incident

14. Pictures from Taser video Nov. 5, 2016, 10:20 p.m. incident

15. Combined surveillance and Taser video from Nov. 5, 2016, 10:20 p.m. incident

16. Daniel Bratton incident report Nov. 5, 2016, 18:55

17. Jeff Key incident report Nov. 5, 2016, 18:55

18. Josh Marriott incident report Nov. 5, 2016, 18:55

19. Mark Bryant incident report Nov. 5, 2016, 18:55

20. Mark Bryant incident report Nov. 5, 2016, 22:20

21. Michael Montgomery incident report Nov. 5, 2016, 22:35

22. Michael Montgomery use of force report Nov. 5, 2016, 22:35

23. Taser logs from Nov. 5, 2016

24. Restraint chair log from Nov. 5, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2019, I electronically filed the foregoing Exhibit List with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following Defense Counsel: Peter Strianse, 315 Deaderick Street, Suite 1700, Nashville, TN.

*s/ Sara Beth Myers*
Sara Beth Myers
Assistant United States Attorney