# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:18-cr-00144 |
| ) | Chief Judge Waverly D. Crenshaw |
| MARK BRYANT ) | |

## WITNESS LIST OF DEFENDANT MARK BRYANT

**COMES NOW** the Defendant, **Mark Bryant**, by and through his undersigned counsel, and hereby submits his list of potential trial witnesses that may be called in the Defendant's case-in-chief. The Defendant reserves the right to call additional witnesses.

1. Roger Temple
2. David Isherwood
3. James Barnum
4. Dustin Daniel Newland
5. Colin Thomas Hefner
6. Jason Schaeffer
7. Hamilton Small
8. Mark Bryant

Respectfully submitted,

**TUNE, ENTREKIN & WHITE, P.C.**
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770

BY: s/ Peter J. Strianse
    PETER J. STRIANSE
    Attorney for Defendant Bryant

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

      Sara Beth Myers
Assistant United States Attorney
110 Ninth Avenue South
Suite A-961
Nashville, TN 37203-3870

      Michael J. Songer
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

      This 29th day of January, 2019.

      S:/ Peter J. Strianse
PETER J. STRIANSE