REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MARK BRYANT

(list each defendant appearing at hearing)

Case No.: 3:18-cr-00144
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 2/7/2019
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

### TRIAL PROCEEDINGS
1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 4 of trial
- Evidence Admitted.
- On February 7, 2019, a taser video referred to as exhibit 13 was shown to the jury but was never admitted into evidence or submitted for I.D. only. The jury was instructed to disregard the video. Based on my understanding, it was never an "exhibit" at trial.
- Closing Arguments; Jury deliberations began.
- Jury deliberations will resume on Friday, February 8, 2019

Total Time in Court: 4 hours 40 minutes

Clerk of Court
by: Kelly Parise