# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**Case No.:** 3:18-cr-00144

**UNITED STATES OF AMERICA**

V.

**MARK BRYANT**

(list each defendant appearing at hearing)

**Judge:** Waverly D. Crenshaw, Jr.
**Hearing Date:** 2/8/2019
**Location:** ☑ Nashville ☐ Columbia ☐ Cookeville
**Court Reporter:** Lise Matthews
**Court Interpreter:**

## CRIMINAL MINUTES

**Government Attorney(s):** Sara Beth Myers, Michael Songer

**Defense Attorney(s):** Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

**COMMENTS:**

- Day 5 of trial
- Jury deliberations resumed. The jury was unable to reach a unanimous verdict. Mistrial declared.

**Total Time in Court:** 35 minutes

**Clerk of Court**
by: Kelly Parise