# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

| UNITED STATES OF AMERICA V. MARK BRYANT | | | | **EXHIBIT AND WITNESS LIST** Case Number: 3:18-cr-00144 | |
|---|---|---|---|---|---|

| PRESIDING JUDGE Waverly D. Crenshaw, Jr. | | | PLAINTIFF'S ATTORNEY Sara Beth Myers, Michael Songer | | DEFENDANT'S ATTORNEY Peter Strianse |
|---|---|---|---|---|---|
| TRIAL DATE (S) February 4 – 8, 2019 | | | COURT REPORTER Lise Matthews | | COURTROOM DEPUTY Kelly Parise |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 2/4/2019 – 2/5/2019 | | | WIT: Josh Marriott |
| 4 | | 2/4/2019 | X | X | Josh Marriott's Taser Training Certificate |
| 24 | | 2/4/2019 | X | X | Restraint chair log from Nov. 5, 2016 |
| 10 | | 2/5/2019 | X | X | Combined surveillance and Taser video from Nov. 5, 2016, 8:00 p.m. |
| 18 | | 2/5/2019 | X | X | Josh Marriott's incident report Nov. 5, 2016, 18:55 |
| 19 | | 2/5/2019 | X | X | Mark Bryant's incident report Nov. 5, 2016, 18:55 |
| X | | 2/5/2019 | | | WIT: Daniel Bratton |
| 6 | | 2/5/2019 | X | X | Jail surveillance video from Nov. 5, 2016, 6:55 p.m. |
| 16 | | 2/5/2019 | X | X | Daniel Bratton's incident report Nov. 5, 2016, 18:55 |
| X | | 2/5/2019 | | | WIT: Caitlin Marriott |
| | 1 | 2/5/2019 | X | X | Caitlin Marriott's incident report |
| X | | 2/52019 | | | WIT: Steven Michael Montgomery |
| 14A | | 2/5/2019 | X | X | Photograph of Jordan Norris handcuffed to bar |
| 15 | | 2/5/2019 | X | X | Combined surveillance and Taser video from Nov. 5, 2016, 10:20 p.m. |
| 14C | | 2/5/2019 | X | X | Photograph of restraints on Jordan Norris |
| 22 | | 2/5/2019 | X | X | Steven Michael Montgomery's use of force report Nov. 5, 2016, 22:35 |
| 20 | | 2/5/2019 | X | X | Mark Bryant's incident report Nov. 5, 2016, 22:20 |
| X | | 2/5/2019 | | | WIT: Gary Ola |
| 5 | | 2/5/2019 | X | X | Mark Bryant's Taser Training Certificate |
| 1 | | 2/5/2019 | X | X | CCSO Use of Force Policy |
| 2 | | 2/5/2019 | X | X | Taser training Power Point slides |
| 3 | | 2/5/2019 | X | X | Taser training legal materials |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. MARY BRYANT | | | | | CASE NO. 3:18-cr-00144 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 |  | 2/5/2019 | X | X | Taser logs |
|  | 2 | 2/5/2019 | X | X | Memo from Cheatham County Sherriff Mike Breedlove (July 30, 2017) |
| X |  | 2/5/2019 |  |  | WIT: Joy Christine Wright, FBI Special Agent |
|  | X | 2/6/2019 |  |  | WIT: JJ Hannah |
|  | X | 2/6/2019 |  |  | WIT: Rebecca Lynn Burney |
|  | X | 2/6/2019 |  |  | WIT: Dr. Arthur Hamilton Small |
|  | X | 2/6/2019 – 2/7/2019 |  |  | WIT: Mark Mitchell Bryant |
| 25 |  | 2/7/2019 | X | X | Mark Bryant's Use of Force Report – 6/1/16 |
| 26 |  | 2/7/2019 | X | X | Mark Bryant's Incident Report – 6/29/16 |
| 27 |  | 2/7/2019 | X | X | Mark Bryant's Incident Report – 7/13/17 |
|  | X | 2/7/2019 |  |  | WIT: James Martin Barnum, III |
|  | X | 2/7/2019 |  |  | WIT: Dwayne Tyrone Jones |
|  | X | 2/7/2019 |  |  | WIT: Jeffrey Key |