UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cr-00144 |
| | ) | CHIEF JUDGE CRENSHAW |
| MARK BRYANT, | ) | |
| Defendant. | ) | |

## ORDER

The Government has filed a Motion to Set Trial (Doc. 59), requesting that the Court set a trial date in May 2019. Defendant shall respond to the motion by **March 8, 2019**. The Court will hold a status conference on **April 5, 2019**, at 11:30 a.m., to set a pre-trial schedule and trial date.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE