UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cr-00144 |
| ) | CHIEF JUDGE CRENSHAW |
| MARK BRYANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The status conference set for **April 5, 2019**, is RESET to **May 6, 2019,** at 3:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE