UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:18-cr-00144 |
|  | ) | CHIEF JUDGE CRENSHAW |
| MARK BRYANT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

The status conference scheduled for May 6, 2019, is RESCHEDULED to **April 23, 2019,** at 10:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE