IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

April 19, 2019

## NOTICE OF ARRAIGNMENT ON SUPERSEDING INDICTMENT

RE:   United States of America           NO: 3:18-00144
      v.
      Mark Bryant

Please be advised that arraignment in the above-captioned criminal proceeding has been set for **Wednesday, May 1, 2019, at 10:00 a.m.,** in Courtroom No. 764, United States Courthouse, Eighth and Broadway, Nashville, before Magistrate Judge Barbara D. Holmes.

Enclosed to the attorney for each defendant is a **Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty [*or, you can access a copy on the Court's website, www.tnmd.uscourts.gov under Court Clerk/Forms*]**. If the defendant desires to waive his/her appearance and authorizes entry of a plea of not guilty in his/her absence, the attorney should advise the defendant of his/her right to appear and the defendant should then read and sign the form. **If the form is not returned properly signed (*original signatures for both counsel and defendant*), then defendant and counsel must be present at arraignment as scheduled above.** Waiver of appearance at arraignment can be accepted **only** on pending felony indictments.

**Waivers must be submitted to the Magistrate Judge in Room No. 756, U.S. Courthouse, 801 Broadway, Nashville, TN 37203, no later than 3:00 p.m. on the day before the scheduled arraignment,** so that the arraignment can be taken off the docket and any order to produce the defendant (if in custody) can be cancelled, and any interpreter that may have been ordered by the Court can be cancelled.. If you mail the waiver, please call me at 615/736-5164, and let me know you have mailed the waiver. *If you e-file the waiver, you must provide a copy to this office* at Jeanne_W_Cox@tnmd.uscourts.gov. If you wish to fax the waiver, the fax number is 615-736-7070.

*Jeanne Woodall Cox*
Courtroom Deputy to Magistrate Judge Holmes

cc:   AUSA Myers/Songer
      Attorney Peter Strianse
      Probation
      Marshal