UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-CR-00144 |
| | ) | CHIEF JUDGE CRENSHAW |
| MARK BRYANT, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated at the status conference on April 23, 2019, this case is set for jury trial on **January 7, 2020**, at 9:00 a.m. in Courtroom A-859, United States Courthouse, 801 Broadway, Nashville, Tennessee. A pretrial conference in this case is set for **December 20, 2019**, at 9:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference. A status conference is scheduled for **August 23, 2019**, at 9:00 a.m. The Defendant has also filed a Waiver of Speedy Trial rights (Doc. No. 75).

All pretrial motions shall be filed by **October 25, 2019**. Responses shall be filed by **November 14, 2019**. Any reply shall be filed by **November 21, 2019**. The deadline for expert witness disclosures is **October 25, 2019**.

Speedy Trial Act

The Court concludes that the period of delay occasioned by the granting of the Motion is reasonable and is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. The Court specifically finds that the interests of justice served by granting the continuance outweigh the interests of the public and the Defendant in a speedy trial on the date previously scheduled. 18

1

U.S.C. § 3161(h)(7)(A),(B). The Defendant is likely to be prejudiced if he is not adequately prepared for trial despite due diligence, and the public interest will not be served if such prejudice ultimately requires this case to be retried.

The parties shall file the following by the close of business on **December 9, 2019**:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions where there I not agreement.

4. Motions in limine.

5. Witness List.

6. Exhibit List, with exhibits to be numbered sequentially without exceptions.

7. Expert Reports.

8. One-two page Joint Statement of the Case.

Responses to motions in limine shall be filed by 4:00 p.m. on **December 12, 2019**. Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to melissa_seay@tnmd.uscourts.gov.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court.

Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

The Defendant shall attend all Court proceedings in this case. If the Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the

Defendant at all Court proceedings. Counsel for the Defendant shall make sure that street clothes are available timely for the Defendant at trial.

### CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE