UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-144 |
| | ) | Chief Judge Crenshaw |
| MARK BRYANT | ) | |

## UNITED STATES' EXHIBIT LIST

The United States, by and through United States Attorney Donald Q. Cochran and the undersigned Assistant United States Attorney, hereby submits its list of potential exhibits for the trial scheduled to begin on Tuesday, January 7, 2020 at 9:00 a.m. The United States may use the exhibits listed below at trial. The listed numbers correspond to the Exhibit numbers. The United States reserves the right to rely on or use any additional, unlisted exhibit that may become relevant (either as an exhibit or for another purpose such as impeachment or for the refreshment of a witness's recollection) to rebut testimony that the Defendant may present.

1. CCSO Use of Force Policy
2. Taser training slides
3. Taser training legal materials
4. Josh Marriott Taser training certificate
5. Mark Bryant Taser training certificate
6. Jail surveillance video from Nov. 5, 2016, 6:55 p.m. incident
7. Jail surveillance video from Nov. 5, 2016, 8:00 p.m. incident
8. Picture from Nov. 5, 2016, 8:00 p.m. jail surveillance video
9. Picture from Nov. 5, 2016, 8:00 p.m. jail surveillance video

1

10. Taser video from Nov. 5, 2016, 8:00 p.m. incident

11. Combined surveillance and Taser video from Nov. 5, 2016, 8:00 p.m. incident

12. Jail surveillance video from Nov. 5, 2016, 10:20 p.m. incident

13. Picture from jail surveillance video, Nov. 5, 2016, 10:20 p.m. incident

14. Picture from jail surveillance video, Nov. 5, 2016, 10:20 p.m. incident

15. Picture from jail surveillance video, Nov. 5, 2016, 10:20 p.m. incident

16. Taser video from Nov. 5, 2015, 10:20 p.m. incident

17. Picture from Taser video Nov. 5, 2016, 10:20 p.m. incident

18. Picture from Taser video Nov. 5, 2016, 10:20 p.m. incident

19. Picture from Taser video Nov. 5, 2016, 10:20 p.m. incident

20. Picture from Taser video Nov. 5, 2016, 10:20 p.m. incident

21. Combined surveillance and Taser video from Nov. 5, 2016, 10:20 p.m. incident

22. Daniel Bratton incident report Nov. 5, 2016, 18:55

23. Jeff Key incident report Nov. 5, 2016, 18:55

24. Josh Marriott incident report Nov. 5, 2016, 18:55

25. Mark Bryant incident report Nov. 5, 2016, 18:55

26. Mark Bryant incident report Nov. 5, 2016, 22:20

27. Mark Bryant use of force report, Nov. 5, 2016, 22:20

28. Michael Montgomery incident report Nov. 5, 2016, 22:35

29. Michael Montgomery use of force report Nov. 5, 2016, 22:35

30. Mark Bryant use of force report June 1, 2016

31. Mark Bryant incident report, June 29, 2016

32. Mark Bryant use of force report, June 29, 2016

2

33. Mark Bryant use of force report, May 24, 2017

34. Mark Bryant incident report, July 13, 2017

35. Mark Bryant use of force repot, July 13, 2017

36. Taser logs from Nov. 5, 2016

37. Restraint chair log from Nov. 5, 2016

38. Mark Bryant recorded TBI interview Aug. 2, 2017

39. Photographs of Jordan Norris's injuries

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2019, I electronically filed the foregoing Exhibit List with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following Defense Counsel: Peter Strianse, 315 Deaderick Street, Suite 1700, Nashville, TN.

                                        *s/ Sara Beth Myers*
                                        Sara Beth Myers
                                        Assistant United States Attorney