UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:18-cr-00144 |
| v. | ) | Chief Judge Waverly D. Crenshaw |
| | ) | *Retrial* |
| MARK BRYANT | ) | |

### WITNESS LIST OF DEFENDANT MARK BRYANT

**COMES NOW** the Defendant, **Mark Bryant**, by and through his undersigned counsel, and hereby submits his list of potential trial witnesses that may be called in the Defendant's case-in-chief. The Defendant reserves the right to call additional witnesses.

1. James Barnum
2. Colin Thomas Hefner
3. Jason Schaeffer
4. Hamilton Small
5. Dwayne Jones
6. Rebecca Burney
7. J.J. Hannah
8. Jeffrey Key
9. Mark Bryant

Respectfully submitted,

**TUNE, ENTREKIN & WHITE, P.C.**
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(615) 244-2770
pstrianse@tewlawfirm.com

BY: s/ Peter J. Strianse
PETER J. STRIANSE
Attorney for Defendant Bryant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

Sara Beth Myers
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203-3870

Michael J. Songer
Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

This 6th day of January, 2020.

S/ Peter J. Strianse
PETER J. STRIANSE