UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Case No.: | 3:18-cr-00144 |
| Judge: | Waverly D. Crenshaw, Jr. |
| Hearing Date: | 1/8/2020 |
| Location: | ☑ Nashville  ☐ Columbia  ☐ Cookeville |
| Court Reporter: | Lise Matthews |
| Court Interpreter: | |

UNITED STATES OF AMERICA
V.
MARK BRYANT
(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Day 2 of trial
- Evidence admitted
- Trial will resume on Thursday, January 9, 2020

Total Time in Court: 6 hours 30 minutes

Clerk of Court
by: Kelly Parise