REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:18-cr-00144 |
| v. | Judge: Waverly D. Crenshaw, Jr. |
| MARK BRYANT | Hearing Date: 1/10/2020 |
| | Location: ☑ Nashville ○ Columbia ○ Cookeville |
| | Court Reporter: Lise Matthews |
| (list each defendant appearing at hearing) | Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers, Michael Songer

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS
1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | | |
|---|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Day 4 of trial
- Closing arguments; jury deliberations
- Verdict reached on all counts. Verdict form to be filed.
- Guilty on Counts One and Two; Not Guilty on Counts Three, Four and Five

Total Time in Court: 3 hours

Clerk of Court
by: Kelly Parise