UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cr-00144 |
| ) | |
| MARK BRYANT, ) | |
| Defendant. ) | |

## **VERDICT FORM**

We the jury, unanimously find the following:

### COUNT ONE

1. With respect to Count One of the Indictment, deprivation of rights under color of law, we the jury find Mark Bryant:

    Guilty __X__            Not Guilty _____

### COUNT TWO

2. With respect to Count Two of the Indictment, deprivation of rights under color of law, we the jury find Mark Bryant:

    Guilty __X__            Not Guilty _____

1

## COUNT THREE

3. With respect to Count Three of the Indictment, knowingly falsifying a document with the intent to impede, obstruct, or influence the investigation and proper administration of a matter within the jurisdiction of an agency of the United States, we the jury find Mark Bryant:

Guilty _____     Not Guilty __X__

## COUNT FOUR

4. With respect to Count Four of the Indictment, knowingly falsifying a document with the intent to impede, obstruct, or influence the investigation and proper administration of a matter within the jurisdiction of an agency of the United States, we the jury find Mark Bryant:

Guilty _____     Not Guilty __X__

## COUNT FIVE

5. With respect to Count Five of the Indictment, knowingly and willfully making a materially false statement in a matter within the jurisdiction of the executive branch of the United States government, we the jury find Mark Bryant:

Guilty _____     Not Guilty __X__

Sign and date the Verdict Form below and notify the court officer.

\_\_\_\_[redacted]\_\_\_\_
Foreperson

1/10/20
Date

2

Case 3:18-cr-00144   Document 104   Filed 01/10/20   Page 2 of 2 PageID #: 1092