# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00144 |
| | ) | |
| MARK BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | NO. 3:18-cr-00145 |
| v. | ) | |
| | ) | |
| GARY OLA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Defendant's Motion to Enlarge Time for Filing Sentencing Memoranda (Doc. No. 108) and the United States' Unopposed Motion to Enlarge Time for Filing Sentencing Memoranda (Doc. No. 109) are **DENIED AS MOOT.**   The Court will hold a telephone status conference for the purpose of setting a new sentencing date on **August 5, 2020** at 4:30 p.m.   The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call.   If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE