# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:18-cr-00144 |
| ) | Chief Judge Waverly D. Crenshaw |
| MARK BRYANT ) | |

## POSITION OF DEFENDANT REGARDING PRESENTENCE REPORT

**COMES NOW** the Defendant, **Mark Bryant**, by and through his undersigned counsel, and pursuant to LCrR 32.01(c)(4) of the U.S. District Court for the Middle District of Tennessee, hereby reports that the Defendant has no objections to the Presentence Report.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(615) 244-2770
pstrianse@tewlawfirm.com

S/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant Bryant

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

>Sara E. Myers
>Assistant United States Attorney
>Middle District of Tennessee
>110 Ninth Avenue South, Suite A961
>Nashville, TN 37203-3870
>
>Michael J. Songer
>Attorney
>Civil Rights Division, Criminal Section
>U.S. Department of Justice
>950 Pennsylvania Ave. N.W.
>Washington, D.C. 20530
>
>**VIA EMAIL**
>Michael Wilson
>Senior U.S. Probation Officer
>Michael_Wilson@tnmp.uscourts.gov

This 30th day of October, 2020.

>S/ Peter J. Strianse
>PETER J. STRIANSE