# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
MARK BRYANT

**EXHIBIT AND WITNESS LIST**

Case Number: 3:18-cr-00144

| PRESIDING JUDGE<br>Waverly D. Crenshaw, Jr. | PLAINTIFF'S ATTORNEY<br>Sara Beth Myers, Mike Songer | DEFENDANT'S ATTORNEY<br>Peter Strianse |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing Hearing 11/20/2020 | COURT REPORTER<br>Lise Matthews | COURTROOM DEPUTY<br>Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 11/20/2020 |  |  | WIT:  Harley Destiny Alexis Durham |
|  | X | 11/20/2020 |  |  | WIT:  Virginia Kay Bryant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages