# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 3:18-cr-00144** |
| ) | **Chief Judge Crenshaw** |
| **MARK BRYANT** ) | |

## NOTICE OF APPEAL

*NOTICE* is hereby given that the Defendant, **Mark Bryant**, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Sentence (Docket Entry 132) entered in this action on the 20th day of November, 2020.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(615) 244-2770
pstrianse@tewlawfirm.com

S/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant Bryant

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

                Sara Beth Myers
                Assistant United States Attorney
                Middle District of Tennessee
                110 Ninth Avenue South, Suite A-961
                Nashville, TN 37203-3870

                Michael J. Songer
                Attorney
                Civil Rights Division, Criminal Section
                U.S. Department of Justice
                950 Pennsylvania Ave. N.W.
                Washington, D.C. 20530

       This 4th day of December, 2020.

                                                S/ Peter J. Strianse
                                                PETER J. STRIANSE