

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Data Analyst*
*110 9th Avenue South, Room A-750*
*Nashville, TN 37203*

December 11, 2020

Mark Bryant
USMS #: 25697-075
Case No. 3:18-00144

Mr. Bryant,

    This letter is to advise you that the Bureau of Prisons has designated you to **FCI YAZOO CITY LOW, 2225 HALEY BARBOUR PARKWAY, YAZOO CITY, MS 39194** to serve the sentence ordered by the United States District Court, Middle District of Tennessee in the above mentioned case.

    You are to report to letter is to advise you that the Bureau of Prisons has designated you to **FCI YAZOO CITY LOW**, no later than **2:00 PM, Monday, February 22, 2021**. You may contact **FCI YAZOO CITY LOW**, at 662-751-4800. If you are unable to turn yourself into the designated Bureau of Prisons facility, you may turn yourself into the closest U.S. Marshals Service Office.

    Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

    Please feel free to call our office should you need any further assistance. Our office number is (615) 736-5417.

Denny W. King
U. S. Marshal

Katrina Burch
Investigative Analyst