UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:18-cr-00144 |
| MARK BRYANT, | ) |
| Defendant. | ) |

### ORDER

The Government shall respond to the Defendant Mark Bryant's Motion for Bond Pending Appeal and Incorporated Memorandum of Law (Doc. No. 142) on or before **February 25, 2021**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE