# United States District Court
# Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: jeremy_medley@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

February 24, 2022

TO:         Counsel for Government

FROM:     Jeremy Medley, Criminal Case Administrator

RE:         Return of Exhibit(s) re February 4-8, 2019 hearing
               Criminal Case No. 3:18-cr-00144
               USA v. Mark Bryant

Enclosed please find the exhibit(s) for the above-referenced case.